C. H. LEBOLD *et al.* v. THE OTTAWA COUNTY BANK.

REVIEW—*Record—Evidence—Certificate.* A party desiring this court to review errors based on the testimony on a case-made must incorporate in the case itself a statement that it contains all the testimony introduced on the trial.

*Error from Ottawa District Court.*

THE opinion states the case.

*C. F. Mead,* for plaintiffs in error.

*Rees & Tomlinson,* for defendant in error.

The opinion of the court was delivered by

ALLEN, J.: The only errors claimed by plaintiffs in error which they seek to have this court consider are based on the testimony introduced on the trial of the action. A case-made is attached to the petition in error, which contains no statement to the effect that it includes all the evidence, though the certificate of the trial judge who settled the case contains such a statement. Within the oft-repeated decisions of this court, this is insufficient to present the questions sought to be raised in this court. (*The State, ex rel., v. Comm'rs of Harper Co.,* 43

Kas. 195; *Hill v. National Bank*, 42 id. 364; *Insurance Co. v. Hogue*, 41 id. 524; *Weaver v. Eddy*, 37 id 540.)

Judgment affirmed.

All the Justices concurring.